Jonathan Shub (CA Bar No. 237708)
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRITO-LAY NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No.: 3:21-cv-04863-VC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ben Smith, by and through its undersigned counsel, voluntarily dismisses Defendant Frito-Lay North America, Inc., from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees. This notice of dismissal is being filed with

the Court before service by Defendant of either an answer or a motion for summary judgment.

  **Dated**: August 26, 2021

/s/ Jonathan Shub
Jonathan Shub (CA Bar No. 237708)
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan*
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
T: (516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiffs and Proposed Class*

*Pro Hac Vice* Application Granted, Pending or Forthcoming